IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　vs.<br><br>RAMON PENUNURI-NORIEGA,<br><br>　　　　　　Defendant. | 8:18CR152<br><br>PLAINTIFF'S OBJECTION TO THE REVISED PRESENTENCE INVESTIGATION REPORT |

　　　　COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the District of Nebraska, and objects as follows to the Revised Presentence Investigation Report (RPSR).

　　　　1.　Plaintiff objects to ¶¶ 52, 53, and 55 of the RPSR setting forth Offense Conduct. Plaintiff objects to the calculation of Total Offense Level in ¶¶ 63 and 67 of the RPSR.   The resulting Guidelines range differs from the amount reflected in the plea agreement.

　　　　2.　Plaintiff has no other objections to the RPSR.

　　　　3.　At this time, Plaintiff does not intend to offer evidence at sentencing.


　　　　　　　　　　　　　　　　　　By:　　s/ Christopher L. Ferretti
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER L. FERRETTI
　　　　　　　　　　　　　　　　　　　　　DC Bar #985340
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　Omaha, NE   68102-1506
　　　　　　　　　　　　　　　　　　　　　Tel:   (402) 661-3700
　　　　　　　　　　　　　　　　　　　　　Fax:　 (402) 345-5724
　　　　　　　　　　　　　　　　　　　　　E-mail:   christopher.ferretti@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Bassel El-Kasaby, Attorney for Defendant, and also hereby certify that a copy of the same has been served by e-mail to the following non-CM/ECF participants:

    Jessica Curd
    U.S. Probation and Pretrial Services Officer
    Jessica_Curd@nep.uscourts.gov

                                      s/ Christopher L. Ferretti
                                      Assistant U.S. Attorney