# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2253

_____

United States of America

Plaintiff - Appellee

v.

Ramon Penunuri-Noriega

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:18-cr-00152-BCB-2)

_____

**JUDGMENT**

Before GRUENDER, GRASZ, and KOBES, Circuit Judges.

     This court has reviewed the original file of the United States District Court. It is ordered by the court that the District Court's order denying the motion for sentence reduction is summarily affirmed.  See Eighth Circuit Rule 47A(a).

June 26, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Maureen W. Gornik