UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 AUG 13 AM 9:55
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RAMON PENUNURI-NORIEGA<br>Defendant, | Case No.: 8:18-CR-152 |

RECEIVED
AUG 13 2024
CLERK
U.S. DISTRICT COURT

Re: Motion for Reconsideration of Defendant Ramon Penunuri-Noriega's Reduction of Sentence Pursuant to 3582(c)(2) and Amendment 821 Zero-Point Offender Denial.

COMES NOW, the Defendant, Ramon Penunuri-Noriega, in PRO SE, and respectfully moves this Honorable Court for the Reconsideration of his sentence pursuant to 3582(c)(2) and Amendment 821, for Zero-Point Offender, denial. The Court denied the Defendant's Consent Motion "because the relevant factors set forth

1

in 18 U.S.C. § 3553(a) do not support the requested reduction, notwithstanding his eligibility for a reduction."

Your Honor, the Defendant was convicted on January 14, 2019 and was sentenced to 168 months of imprisonment on Count One (conspiracy to distribute and possess with intent to distribute methamphetamine) and 60 months on Count XI (use of facilites in interstate commerce in aid of racketeering), to be served concurrently. Filing 226 at 1-2. However, due to Amendment 821, the Defendant is now eligible for a sentence reduction and has shown exemplary behavior during his time in prison.

The Defendant is a Zero-Point Offender, meaning that he has no prior criminal history and posses a low-risk of recidivism. This is further supported by the fact that the Defendant has not received any disciplinary actions during his time in prison.

Defendant Ramon Penunuri-Noriega    Case No. 8:18-CR-152

    Your Honor, the Defendant's involvement in the offense stemmed from his struggle with sustance and gambeling abuse. Besides the fact that he was a licensed attorney and earning enough to support his family in Mexico, his desperation to turn to the drug trade was to support his drug and gambeling addiction. In order to support his addiction and pay back gambeling debts, the Defendant began selling the drug. However, he never intended to become a manager in the non-violent drug conspiracy.

    Unfortunately, the Defendant's involvement in the drug conspiracy led to his arrest and subsequent conviction. He acknowledges his wrongdoings and takes full responsibility for his actions. Since his incarceration, the Defendant has used this time to reflect on his past mistakes and has made significant efforts towards rehabilitation. The Defendants has shown genuine remorse for his actions and is committed to turning his life around.

Defendant, Ramon Penunuri-Noriega    Case No. 8:18-CR-152

Furthermore, this is the Defendant's first drug offense and it was a non-violent offense. He has no prior criminal record and has shown no propensity for violence. This highlights that the Defendant is not a danger to society and is not likely to reoffend.

Moreover, the Defendant has a strong support system in his family and community. His family has stood by him throughout his incarceration and has expressed their willingness to provide him a stable and supportive environment upon his release. The Defendant upon release will be Deported to his home country of Mexico, and has a job offer from a local business, indicating that he has the potential to become a productive member of society.

Your Honor, the motion for sentence reduction was denied based on the Courts' consideration of the pre 18 U.S.C. § 3583(a) Factors. While the court has the

IV

Defendant, Ramon Penunuri-Noriega      Case No. 8:18-CR-152

discretion to consider these factors, it is respectfully submitted that in this case, and considering the presented circumstances, the 3553(a) factors do not weigh Defendant's eligibility for a sentence reduction under Amendment 821 to the Federal Sentencing Guidelines.

The Defendant's release would not pose a danger to the community, as he has no prior criminal history and has shown a strong commitment to rehabilitation. The Defendant's release would also not unduly depreciate the seriousness of the offense, as he has already served a significant portion of the original sentence.

Moreover, the Defendant's reduction of sentence would not undermine the deterrent effect of the sentence, as he has shown remorse for his actions, and has taken the steps towards positive changes.

V

IN LIGHT of these factors, Your Honor, is is respectfully submitted that the denial of the Defendant's motion for sentence reduction under 3582(c)(2) and Amendment 821, was not in accordance with the purpose and intent of Amendment 821, and the Defendant's eligibility for a sentence reduction.

WHEREFOR NOW, the Defendant, Ramon Penunuri-Noriega respectfully requests this court to reconsider the denial of the Defendant's motion for a sentence reduction and grant the Defendant the relief he is entitled under Amendment 821. A reduction by amending his new sentence to 135-months of imprisonment under Amendment 821, would not only benefit the Defendant, but also the community as he has the potential to become a productive member of society.

Defendant, Ramon Penunuri-Noriega     Case No. 8:18-CR-182


Dated: August 8, 2024            Respectfully Submitted,

                                 Ramon Penunuri-Noriega
                                 Ramon Penunuri-Noriega
                                 Reg# 30598-047
                                 Atlanta USP-Low
                                 601 McDonough Blvd, S.E.
                                 Atlanta, GA 30315


                    CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I placed in the prison mail inbox, as made available to inmates for legal mail, the foregoing motion 3582(c)(2) Reconsideration.

                                    /s/ Ramon Penunuri-Noriega

VII

Ramon Penunuri-Noriega
Reg # 305-98-047
Federal Correctional Institutional
PO Box 3850
Adelanto, CA 92301

SN BERNARDINO CA 923
9 AUG 2024 PM 7 L



Clerk's Office
United States District Court
District of Nebraska
111 S. 18th Plaza, Ste. 1152
Omaha, NE 68102

RECEIVED
AUG 13 2024
CLERK
U.S. DISTRICT COURT

LEGAL MAIL

68102-132277

8/8/2024

LEGAL MAIL